UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

J&J SPORTS PRODUCTIONS, INC.,

            Plaintiff,

v.

MASOUD Z. SOUDANI,

            Defendant.

NO. CIV. S-07-2030 FCD DAD

ORDER

----oo0oo----

The defendant in this matter, MASOUD Z. SOUDANI, is appearing in propria persona. Under Local Rule 72-302(c)(21) this matter is REFERRED to Magistrate Judge Dale A. Drozd for all pretrial scheduling and proceedings.

IT IS ORDERED that any hearing dates currently set, and any initial scheduling orders issued, by the undersigned are **VACATED**.  Any pending requests shall be referred to the magistrate.

IT IS FURTHER ORDERED that all future documents filed in the above-captioned case shall reference the following case number: CIV S-07-2030 FCD DAD PS.  The Clerk shall issue an Initial Scheduling order for the assigned magistrate judge.

DATED:January 29, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE