IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

        Plaintiff,

    v.

MASOUD Z. SOUDANI, individually and d/b/a Straw Hat Pizza,

        Defendant.

                              /

No. CIV S-07-2030 FCD DAD PS

<u>ORDER SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE</u>

On January 24, 2008, defendant filed a pro se request for extension of time to file an answer to plaintiff's complaint. By order filed January 30, 2008, United States District Judge Frank C. Damrell, Jr. referred this matter to the undersigned for all purposes encompassed by Local Rule 72-302(c)(21). Judge Damrell's initial scheduling order has been vacated, and all pending requests have been referred to the undersigned.

Pursuant to the provisions of Rule 16 of the Federal Rules of Civil Procedure, IT IS ORDERED that:

1. A Status (Pretrial Scheduling) Conference is set for **Friday April 4, 2008, at 11:00 a.m.**, in Courtroom No. 27, before Magistrate Judge Dale A. Drozd.

2. All parties are required to appear at the Status (Pretrial Scheduling) Conference by counsel or, if acting without counsel, in person. Parties may appear at the conference telephonically.

1

To arrange telephonic appearance, parties shall contact Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128, no later than three days before the Status (Pretrial Scheduling) Conference.

        3. Each party shall submit to the court, no later than seven days before the Status (Pretrial Scheduling) Conference, a separate status report addressing all of the following matters:

    a. Progress of service of process;

    b. Possible joinder of additional parties;

    c. Any expected or desired amendment of the pleadings;

    d. Jurisdiction and venue;

    e. Anticipated motions and the scheduling thereof;

    f. Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

    g. Future proceedings, including the setting of appropriate cut-off dates for discovery and law and motion, and the scheduling of a final pretrial conference and trial;

    h. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

    i. Whether the case is related to any other case, including matters in bankruptcy;

    j. Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualifications by virtue of his so acting, or whether they prefer to have a Settlement Conference before another judge;

    k. Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

    l. Any other matters that may aid in the just and expeditious disposition of this action.

/////

/////

/////

4.  Rule 4(m) of the Federal Rules of Civil Procedure provides that **an action may be dismissed as to any defendant if service of process is not effected on the defendant within 120 days after the complaint was filed**.  If plaintiff has not complied with the 120-day time limit as to any defendant, the unserved defendant is now subject to dismissal.

DATED: February 1, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\j&jsports2030.ossc