IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

        Plaintiff,

    v.

MASOUD Z. SOUDANI, individually
and d/b/a Straw Hat Pizza,

        Defendant.
_____/

No. CIV S-07-2030 FCD DAD PS

ORDER

Defendant, proceeding in this action pro se, has requested an extension of time to file an answer to plaintiff's complaint.

Good cause appearing, IT IS ORDERED that:

1. Defendant's January 24, 2008 request for extension of time is granted; and

2. Defendant shall file and serve an answer to plaintiff's complaint on or before March 7, 2008.

DATED: February 1, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\j&jsports2030.ord.eotans