Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc.<br><br>Plaintiff,<br><br>vs.<br>Masoud Z. Soudani, et al.<br><br>Defendant. | CASE NO. CV 07-2030 FCD-DAD<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT MASOUD Z. SOUDANI, individually and d/b/a STRAW HAT PIZZA |

**IT IS HEREBY STIPULATED** by and between Plaintiff GARDEN CITY BOXING CLUB, INC. and Defendant MASOUD Z. SOUDANI, individually and d/b/a Straw Hat Pizza, that the above-entitled action is hereby dismissed **without prejudice** against MASOUD Z. SOUDANI, individually and d/b/a Straw Hat Pizza and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by July 26, 2008, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: April 29, 2008       /s/
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: May 5, 2008       /s/
**MASOUD Z. SOUDANI**
individually and d/b/a
STRAW HAT PIZZA
Defendant

**IT IS SO ORDERED**:

Dated: May 23, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL
CV 07-2030 FCD-DAD
PAGE 2